**Order entered April 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-00022-CV

---

**JERRY GOSSETT, Appellant**

**V.**

**NATIONAL CREDIT UNION ADMINISTRATION AS CONSERVATOR FOR TEXANS CREDIT UNION AND TEXANS CREDIT UNION, Appellees**

---

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06137**

---

## ORDER

We **GRANT** appellant's April 27, 2015 unopposed motion to file an amended brief. We

**ORDER** the amended brief tendered to this Court by appellant on April 27, 2015 filed as of the

date of this order.

Appellees' brief is due **THIRTY DAYS** from the date of this order.

/s/     ELIZABETH LANG-MIERS
        JUSTICE